# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:17-cv-01636 DAD JLT |
| Plaintiff, | ORDER CLOSING THE ACTION |
| v. | (Doc. 4) |
| 4243 INN SOUTH AVE., INC., | |
| Defendant. | |

The plaintiff has filed a notice of voluntary dismissal. (Doc.4) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 18, 2018**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE